BRETT L. TOLMAN, United States Attorney (#8821)
CARLIE CHRISTENSEN, Assistant United States Attorney (#0633)
RICHARD D. McKELVIE, Assistant United States Attorney (#2205)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682



### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08 CR 187 DB |
| Plaintiff, | **SEALED** |
| vs. | SUPERSEDING INDICTMENT |
| AUBRY PATTERSON, | VIO. 16 U.S.C. § 470ee, 18 U.S.C. § 641 |
| Defendant. | TRAFFICKING IN STOLEN ARTIFACTS, THEFT OF GOVERNMENT PROPERTY, FORFEITURE |

The Grand Jury charges:

#### COUNT 1

On or about August 31, 2007, in the Central Division of the District of Utah,

#### AUBRY PATTERSON

defendant herein, did knowingly sell and offer to sell an archaeological resource, to wit: one black on white Abajo bowl, which was excavated or removed from public lands in violation of Federal law, which resource was valued in excess of $500, all in violation of 16 U.S.C. § 470ee.

#### COUNT 2

On or about August 31, 2007, in the Central Division of the District of Utah,

AUBRY PATTERSON

defendant herein, did knowingly sell and offer to sell an archaeological resource, to wit: one red on orange Abajo bowl, which was excavated or removed from public lands in violation of Federal law, which resource was valued in excess of $500, all in violation of 16 U.S.C. § 470ee.

COUNT 3

On or about August 31, 2007, in the Central Division of the District of Utah,

AUBRY PATTERSON

defendant herein, did embezzle, steal, purloin and knowingly convert to his own use and without authority did sell property of the United States with a value of more than $1,000, to wit: two Abajo bowls (one black on white and one red on orange) belonging to the United States, all in violation of 18 U.S.C. § 641.

COUNT 4

On or about October 7, 2007, in the Central Division of the District of Utah,

AUBRY PATTERSON

defendant herein, did knowingly sell and offer to sell an archaeological resource, to wit: an Abajo Pitcher which was excavated or removed from public lands in violation of Federal law, which resource was valued in excess of $500, all in violation of 16 U.S.C. § 470ee.

COUNT 5

On or about October 7, 2007, in the Central Division of the District of Utah,

AUBRY PATTERSON

defendant herein, did knowingly sell and offer to sell an archaeological resource, to wit: an Olla which was excavated or removed from public lands in violation of Federal law, which resource was valued in excess of $500, all in violation of 16 U.S.C. § 470ee.

## COUNT 6

On or about October 7, 2007, in the Central Division of the District of Utah,

## AUBRY PATTERSON

defendant herein, did embezzle, steal, purloin and knowingly convert to his own use and without authority did sell property of the United States with a value of more than $1,000, to wit: an Abajo Pitcher and an Olla, belonging to the United States, all in violation of 18 U.S.C. § 641.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses alleged in Counts 1 through 6 of this Indictment, the Defendants shall forfeit to the United States pursuant to 16 U.S.C. §470gg(b) all archaeological resources with respect to which a violation of 16 U.S.C. § 470ee occurred and all vehicles and equipment of any person which were used in any manner or part to commit and facilitate the commission of such offense.

The defendants shall also forfeit to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 1956(c)(7)(D) and 28 U.S.C. § 2461 any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 641.

If any of the property described above, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

_____
RICHARD D. McKELVIE
CARLIE CHRISTENSEN
Assistant United States Attorneys

4