STEVEN B. KILLPACK, Utah Federal Defender (#1808)
L. CLARK DONALDSON, Assistant Federal Defender (#4822)
**UTAH FEDERAL DEFENDER OFFICE**
**Attorneys for Mr. Patterson**
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Facsimile: (801) 524-4060

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MOTION TO DISMISS |
| Plaintiff, | |
| vs. | |
| AUBRY PATTERSON, | Case No: 2:08-CR-187 DB |
| Defendant. | |

Defendant, Aubry Patterson, by and through his attorney, L. Clark Donaldson, submits this Motion to Dismiss, and respectfully requests that this Court dismiss Counts 1, 2, 4 and 5 of the Superseding Indictment against Mr. Patterson. These counts are multiplicitous of the remaining counts, and should be dismissed. This Motion is more fully supported by the accompanying Memorandum in Support.

DATED this 15th day of January, 2010.

                                              */s/ L. Clark Donaldson*
                                              L. CLARK DONALDSON
                                              Assistant Utah Federal Defender

**CERTIFICATE OF DELIVERY**

      I hereby certify that a true and correct copy of the foregoing **MOTION TO DISMISS** was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following on this 15th day of January, 2010.


Carlie Christensen
Richard McKelvie
Assistant United States Attorney
185 South State Street, Suite 400
Salt Lake City, Utah  84111


                                      */s/ G. Wynhof*
                                      Utah Federal Defender Office